No. 88–628. CAUCUS DISTRIBUTORS, INC., ET AL. *v.* MINNE-SOTA COMMISSIONER OF COMMERCE. Ct. App. Minn. Certiorari denied.

No. 88–632. CONSOLIDATED CAPITAL CORP. ET AL. *v.* SHEA & GOULD ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 88–655. GRECO ET AL. *v.* TAMPA WHOLESALE CO. ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 88–673. JORDAN *v.* HODEL, SECRETARY OF THE INTERIOR. C. A. 9th Cir. Certiorari denied.

No. 88–685. KURITZKY ET AL. *v.* BLUE SHIELD OF WESTERN NEW YORK, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–686. D'ANDREA *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 88–692. TEETER ET UX., DBA SKY'S THE LIMIT *v.* GRAV-ITY GUIDANCE, INC. C. A. Fed. Cir. Certiorari denied.

No. 88–695. MILLER *v.* MORONGO BAND OF MISSION INDIANS. C. A. 9th Cir. Certiorari denied.

No. 88–698. VOGLER *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–700. CORWIN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 88–704. HOFFMAN ET AL. *v.* MERRELL DOW PHARMACEU-TICALS, INC. C. A. 6th Cir. Certiorari denied.

No. 88–716. COOK *v.* UNITED STATES. C. A. 10th Cir. Cer-tiorari denied.

No. 88–717. ALLARD *v.* FRECH, INDEPENDENT EXECUTRIX OF THE ESTATE OF ALLARD. Sup. Ct. Tex. Certiorari denied.